## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp., <br><br>    Plaintiff, <br><br> v. <br><br> MASTR Asset Backed Securities Trust 2006-WMC3, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of September 1, 2006, <br><br>    Defendant. | No. 12 Civ. 1370 (JNE/JJG) <br><br> **STIPULATION TO EXTEND TIME TO ANSWER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff WMC Mortgage, LLC and Defendant MASTR Asset Backed Securities Trust 2006-WMC3, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of September 1, 2006, through their counsel, that the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be extended to, and include, August 1, 2012.

Dated:  June 20, 2012                    **MASLON EDELMAN BORMAN & BRAND, LLP**

By s/ Justin H. Perl
   Justin H. Perl (#151397)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
justin.perl@maslon.com
(612) 672-8200

**Attorneys for Defendant MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, as Trustee**

Dated:  June 20, 2012 **GREEN ESPEL P.L.L.P.**

By s/ Jenny Gassman-Pines
   Andrew M. Luger (#189261)
   Jenny Gassman-Pines (#386511)
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
(612) 373-0830

**Attorneys for Plaintiff WMC Mortgage, LLC, as successor to WMC Mortgage Corp.**