UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp.,<br><br>     Plaintiff,<br><br>v.<br><br>MASTR Asset Backed Securities Trust 2006-WMC3, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of September 1, 2006,<br><br>     Defendant. | No. 12 Civ. 1370 (JNE/JJG)<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on June 20, 2012, I caused the following proposed order:

**ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

to be filed with the court via e-mail to the following Magistrate Judge:

 The Honorable Jeanne J. Graham; graham_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

- **Jenny Gassman-Pines:** jgassman-pines@greeneespel.com
- **Andrew M Luger:** aluger@greeneespel.com

Dated: June 20, 2012    **MASLON EDELMAN BORMAN & BRAND, LLP**

            By s/ Justin H. Perl
             Justin H. Perl (#151397)
            3300 Wells Fargo Center
            90 South Seventh Street
            Minneapolis, MN 55402-4140
            justin.perl@maslon.com
            (612) 672-8200

            **Attorneys for Defendant MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, as Trustee**