## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MASTR Asset Backed Securities Trust 2006-HE3,

        Plaintiff,

v.                                               **CIVIL 11-2542 (JRT/TNL)**

WMC Mortgage Corporation,

        Defendant.

- - - - - - - - - - - - - - - - -

WMC Mortgage, LLC,

        Plaintiff,

v.                                                 **CIVIL 12-1370 (JNE/JJG)**

U.S. Bank National Association,

        Defendant.

- - - - - - - - - - - - - - - - -

WMC Mortgage, LLC,

        Plaintiff,

v.                                                 **CIVIL 12-1372 (ADM/TNL)**

U.S. Bank National Association,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Case No. 11-2542 having been assigned to Judge John R. Tunheim and Case Nos. 12-1370 and 12-1372 having later been assigned to Judge Joan N. Ericksen and Judge Ann D. Montgomery and said matters being related cases,

       **IT IS HEREBY ORDERED** that Case Nos. 12-1370 and 12-1372 be assigned to Judge John R. Tunheim and Magistrate Judge Tony N. Leung, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated December 19, 2008.

       **IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: June 19, 2012            s/John R. Tunheim
                                Judge John R. Tunheim
                                United States District Court

DATED: June 20, 2012            s/Joan N. Ericksen
                                Judge Joan N. Ericksen
                                United States District Court

DATED: June 20, 2012            s/Ann D. Montgomery
                                Judge Ann D. Montgomery
                                United States District Court