## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp., <br><br> Plaintiff, <br> v. <br><br> MASTR Asset Backed Securities Trust 2006-WMC3, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of September 1, 2006, <br><br> Defendant. | Court File No.  12-CV- 1370 (JRT/JJG) <br><br><br> **ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT** |

Upon consideration of the parties' Stipulation to Extend Time to Answer [Docket No. 5], it is hereby ordered that Defendant MASTR Asset Backed Securities Trust 2006-WMC3, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of September 1, 2006 ("Defendant") shall have leave to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned matter through **August 1, 2012**.

June 21, 2012.                    BY THE COURT:


__*s/ Tony N. Leung*_____
Honorable Tony N. Leung
Magistrate Judge of District Court